# IN THE UNITED STATES DISTRICT COURT
# DISRICT OF COLORADO

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br> v. <br><br> ZYNEX MEDICAL, INC., a Colorado corporation, and ZYNEX, INC., a Nevada corporation, <br><br> Defendants. | Case No.: 1:22-cv-00261-KLM |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, PROGRESSIVE HEALTH and REHAB CORP., and Defendants, ZYNEX MEDICAL, INC. and ZYNEX, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

/s/ Ryan M. Kelly
Ryan M. Kelly
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Tele: 847-368-1500 / Fax: 847-368-1501
rkelly@andersonwanca.com
*Counsel for Plaintiff*

/s/ Henry M. Baskerville
Henry M. Baskerville
**FORTIS LAW PARTNERS LLC**
1900 Wazee Street, Suite 300
Denver, CO  80202
Tele: 303-295-9700 / Fax: 303-295-9701
hbaskerville@fortislawpartners.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 24, 2022, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                /s/ Ryan M. Kelly